AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

United States of America,

v.

BENJAMIN MENSAH,
  aka "Tovarance Pate,"
  aka "Tovarance Mensah,"
  aka "Goodgracious Jordan Joseph,"
  aka "Jayvon Jackson,"
  aka "Tovarance Jordan Mensah,"
  aka "Tovarance Vontor Pate,"
  aka "Montoria Precious Jordan,"

    Defendant.



FILED
CLERK, U.S. DISTRICT COURT
Dec. 8, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
12/8/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

Case No.   2:23-mj-06278-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. Beginning on or about October 1, 2022, and continuing until on or about October 26, 2023, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute Methamphetamine |

This criminal complaint is based on these facts:

  *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Collin M. Murphy
*Complainant's signature*

Collin M. Murphy, HSI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   December 8, 2023

*Patricia Donahue*
*Judge's signature*

Hon. Patricia A. Donahue, U.S. Magistrate Judge
*Printed name and title*

City and state:   Los Angeles, California

AUSAs: Declan T. Conroy

**AFFIDAVIT**

I, Collin Murphy, being duly sworn, declare and state as follows:

**INTRODUCTION**

1. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") and have been so employed since August 2020. I am currently assigned to the HSI Office of the Assistant Special Agent in Charge in El Segundo, California, as part of the Los Angeles International Airport Express Consignment and Freight Forwarding group, which is responsible for investigating drug trafficking violations involving outbound mail, air cargo, and ocean freight shipments. Prior to my employment with HSI, I was a correctional officer with the Federal Bureau of Prisons for approximately four years.

2. In 2019, I obtained my Master of Arts in Criminal Justice Management and Leadership from Sam Houston State University. In 2021, I attended and completed the Criminal Investigator Training Program and HSI Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia. Through my training, I have learned of HSI's criminal investigative authority, as well as investigative techniques. HSI is responsible for enforcing federal criminal statutes prohibiting, among other things, the distribution of and possession with intent to distribute drugs, in violation of Title 21 of the United States Code. During my employment with HSI, I have investigated the smuggling of drugs through air cargo into and out of the United States. I have assisted with

the execution of search warrants to seize evidence of violations of federal and state law, as well as arrest warrants to apprehend individuals who have committed such violations.

## PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a criminal complaint and arrest warrant against Benjamin MENSAH, also known as ("aka") Tovarance Pate, aka Tovarance Mensah, aka Goodgracious Jordan Joseph, aka Jayvon Jackson, aka Tovarance Jordan Mensah, aka Tovarance Vontor Pate, aka Montoria Precious Jordan, aka Tovarance Jordan B. Mensah ("MENSAH"), for a violation of 21 U.S.C. § 846: Conspiracy to Distribute Methamphetamine.

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, all amounts or sums are approximate, and all dates and times are on or about those indicated.

## SUMMARY OF PROBABLE CAUSE

1. In March 2023, law enforcement searched and seized an outbound international shipment of approximately 264.5 kilograms of methamphetamine (the "March 5 Drug Shipment") which

authorities later learned was being shipped to a motorcycle gang in Auckland, New Zealand.  The sender information on the shipping label of the parcel listed an email address that, based on information obtained from Google, had been in the name of a fictitious company, but was changed in August 2023 to the name of Benjamin Mensah ("MENSAH").  A search warrant for that email address revealed that the email account had been used to communicate with shipping, logistics, and crating companies regarding the creation and shipment of the March 5 Drug Shipment.  And authorities further determined that an IP address subscribed to by MENSAH (i) was repeatedly used to sign into that email account during the relevant time period, and (ii) had also been used to repeatedly track the March 5 Drug Shipment.

    2.   A search of MENSAH's residence revealed a shipping document for an October 2022 shipment from MENSAH to the same address in New Zealand to which the March 5 Drug Shipment had been shipped.  And a search of MENSAH's phone revealed significant evidence related to drug trafficking, including a photograph of what appears to be packaged methamphetamine, communications with co-conspirators regarding the logistics of the March 5 Drug Shipment, and communications regarding a May 2023 shipment of multiple "bricks" of "white" (i.e., cocaine) and 15 kilograms of "eye" and "ice" (i.e., methamphetamine) to Australia.

## STATEMENT OF PROBABLE CAUSE

    3.   Based on my training and experience, my personal involvement in this investigation, conversations with other law

enforcement officers, and review of reports and other documents prepared by law enforcement officers, I am aware of the following:

    **A.    Customs and Border Protection Officers at LAX Seize a Cargo Shipment Containing over 260 Kilograms of Methamphetamine Bound for New Zealand**

    4.    Based on information I received from Customs and Border Protection ("CBP"), I understand that, on March 3, 2023, CBP officers placed an enforcement exam hold on a cargo shipment with Airway Bill number 244-82819855 (the "March 5 Drug Shipment"). The exam hold was placed due to previous seizures of international shipments going to New Zealand that were manifested as car parts, as well as the shipper being a historically low-volume exporter. The March 5 Drug Shipment was declared as "Ford Puma Starters" (that is, car parts) and originated from shipper "Maxum International Group, LLC / Gary Mopson" with an address in Atlanta, Georgia. The receiver was listed as "Power Tyres and Mechanics Limited" with an address in Onehunga, New Zealand. The March 5 Drug Shipment possessed DHL tracking number 1768148314.

    5.    On March 5, 2023, CBP officers and a Canine Enforcement Officer responded to the Turkish Airlines warehouse at LAX -- where the March 5 Drug Shipment was being held pending inspection -- to examine the March 5 Drug Shipment. The March 5 Drug Shipment consisted of one wooden crate containing four smaller wooden crates. A narcotic-detecting K9, "Branca,"

conducted a "sniff"[1] of the exterior of the March 5 Drug Shipment and alerted to the odor of drugs.

6. Following the alert, CBP officers conducted a further examination of the March 5 Drug Shipment, at which time they found a false bottom concealed under automotive parts. Inside the false bottom, LAX CBP officers found multiple vacuum-sealed bags containing a white crystalline substance. CBP then transported the shipment to the LAX Centralized Examination Station ("CES") for further examination.

7. During that examination, the white crystalline substance yielded presumptively positive results for properties of methamphetamine hydrocholoride, a Schedule II controlled substance. The CBP officers located a total of twenty vacuum-sealed bags containing the presumptive methamphetamine within the concealed compartments of the March 5 Drug Shipment. The CBP officers subsequently determined the total weight of the vacuum-sealed bags containing the presumptive methamphetamine was approximately 264.5 kilograms. The CBP officers then seized the March 5 Drug Shipment and the presumptive methamphetamine.

8. After the seizure, CBP submitted a sample kilogram of the presumptive methamphetamine from the March 5 Drug Shipment to the CBP's Los Angeles Laboratory in Long Beach, California. The one kilogram sample tested positive for methamphetamine HCL, a Schedule II controlled substance.

---

[1] Narcotic-trained K-9s are trained to alert their handlers to narcotics. K-9s will be brought to the location believed to contain narcotics and the trained K-9s will sniff the area of narcotics.

**B.     New Zealand Authorities Conduct a Controlled Delivery of the 260 Kilogram Drug Shipment and Arrest Seven Associates of a New Zealand Biker Gang**

9.   In March 2023, New Zealand Customs Service ("NZCS") independently identified a DHL import, later determined to be the March 5 Drug Shipment, based on the consignment's shipping information, which matched the shipping information for a prior shipment that NZCS had seized on February 17, 2023.  That prior shipment (the "Mock Shipment"), declared as automotive parts and destined for Power Tyres and Mechanics Limited in Onehunga, Auckland, New Zealand, was intercepted and seized by New Zealand authorities and found to contain eight steel plates hidden in false bottoms.  While no drugs were located in the Mock Shipment, New Zealand authorities advised HSI LAX agents that they suspected the Mock Shipment was a "dry run".  In my training and experience, criminals who engage in exporting and/or importing of drugs via air cargo methods often employ dry runs to gauge law enforcement's awareness of the consignments once they enter the customs stream.

10.  On March 15, 2023, New Zealand authorities conducted a controlled delivery of the March 5 Drug Shipment and the Mock Shipment to their intended destination, Power Tyres and Mechanics Limited ("Power Tyres") in Onehunga, Auckland, New Zealand.

11.  As a result of the controlled delivery of the March 5 Drug Shipment and the Mock Shipment, New Zealand authorities arrested seven individuals connected to Power Tyres and to shipments being received at that address.  Based on information

from the New Zealand Police, each of the seven individuals arrested in connection with the March 5 Drug Shipment and Mock Shipment were found to either be members of, or have close associations with, the "Killer Beez" criminal organization, a violent motorcycle gang founded in New Zealand.  The arrested individuals included three known leaders of the gang, a DHL employee, and the manager of Power Tyres.

    **C.    An IP Address Subscribed to by MENSAH Tracked the March 5 Drug Shipment**

12.  Based on information provided to me by DHL, the shipper for the March 5 Drug Shipment, I learned that DHL picked up the March 5 Drug Shipment from an address on Eads Street in Los Angeles, California.  Thereafter, the IP address 76.176.190.216 (the ".216 IP Address") tracked the March 5 Drug Shipment on DHL's website.

13.  Based on information provided to me by Preferred Shipping Incorporated ("Preferred Shipping"), an authorized reseller of DHL services, I learned that that same IP address, the .216 IP Address, had been used to access Preferred Shipping's website on February 27, 2023, i.e., less than a week before the March 5 Drug Shipment was shipped.  I further learned from information provided to me by DHL that the March 5 Drug Shipment was created using the services of Preferred Shipping.

14.  Charter Communications subsequently confirmed that Benjamin MENSAH ("MENSAH") was the listed subscriber for the .216 IP Address both at the time it was used to track the March 5 Drug Shipment, and when it was used to repeatedly access the

Preferred Shipping website. Charter further revealed that the service address for the .216 IP Address was an address on Jumilla Avenue in Woodland Hills, California (the "Jumilla Avenue Residence"), which was MENSAH's home address at that time.[2]

### D. An Email Account in MENSAH's Name Communicated with Shipping, Logistics, and Crating Companies Regarding the Creation and Shipment of the March 5 Drug Shipment

15. Based on additional information provided to me by DHL, I understand that the shipping label for the March 5 Drug Shipment listed the contact email address for the sender of the March 5 Drug Shipment as presentprophet@gmail.com (the "Present Prophet Gmail Account"), and that that same email account had been used to create the shipment for the March 5 Drug Shipment.

16. I subsequently learned that, in addition to creating the March 5 Drug Shipment, the Present Prophet Gmail Account had been used to communicate about various logistics surrounding that shipment. Specifically, the Present Prophet Gmail Account had been used to (i) communicate with DHL customer service representatives on 14 occasions between February 27, 2023, and March 24, 2023 -- that is, in the period immediately before and immediately after the shipment of the March 5 Drug Shipment; (ii) communicate with Preferred Shipping employees throughout January and February of 2023 to facilitate the March 5 Drug Shipment; and (iii) communicate with a crating company in approximately February 2023. In these communications, the user

---

[2] MENSAH admitted in a post-arrest interview on October 26, 2023 that that he moved into the Jumilla Avenue residence in April 2022.

8

of the Present Prophet Gmail Account identified himself as "Gary."

17. Based on information provided to me by Google, I learned that the .216 IP Address -- which, as outlined above, was an IP address subscribed to by MENSAH -- was used to log in to the Present Prophet Gmail Account on approximately five occasions between February and April of 2023 -- that is, the period immediately before and immediately after the shipment of the March 5 Drug Shipment.

18. Additional records provided by Google reflected that, as of April 17, 2023, the account subscriber for the Present Prophet Gmail Account was listed as "Maxum Intl Group Gary". "Maxum International Group LLC" was a legitimate warehousing and logistics company based in Georgia, but representatives from Maxum International stated that their company had no knowledge of or connection to the March 5 Drug Shipment.[3] The listed birthday for the account holder of the Present Prophet Gmail Account was December 19, 1972, which is the same date as MENSAH's birthday.[4]

19. A subsequent request for records related to the Present Prophet Gmail Account reflected that, on August 11,

---

[3] According to information provided by Preferred Shipping, Preferred Shipping attempted to send Maxum International Group to collections for the debts owed, but the company responded by stating that they were unaware of a Gary Mopson, and that their company was not responsible for facilitating either the March 5 Drug Shipment, or an earlier shipment sent through Preferred Shipping in the name of Maxum International Group.

[4] Law enforcement verified MENSAH's birthday through a records check with the California DMV.

2023, the name associated with the account had been changed from "Maxum Intl Group Gary" to "B Mensah."

### E. Law Enforcement Finds a Document Regarding a Shipment to Power Tyres in New Zealand in a Search of MENSAH's Home

20. On October 18, 2023, law enforcement officers executed a state search of the Jumilla Avenue Residence for firearms and magazines after charging and booking MENSAH for a violation of Section 422(a) of California Penal Code (Criminal Threats).[5] During that search, a law enforcement agent observed, in plain view, a DHL shipping document concerning a shipment to New Zealand. However, the shipping document was not seized during the execution of the state search warrant.

21. On October 24, 2023, federal law enforcement officers returned to the Jumilla Avenue Residence with a federal search warrant authorizing them to search for, inter alia, evidence connected to the March 5 Drug Shipment. During that search, law enforcement officers seized a DHL shipping label with the sender listed as Benjamin MENSAH and "Jackson Mensah Holdings Incorporated" at an address in Long Beach, California, and listed the receiver as Power Tyres and Mechanics Limited in Onehunga, Auckland, New Zealand. According to the label, the shipping date for this shipment was October 7, 2022, and the declared value as $7,759 United States dollars ("USD").

---

[5] As set forth in further detail in the October 23, 2023 federal complaint against MENSAH for a violation of 18 U.S.C. § 922(g), see Case No. 2:23-mj-05457, this charge stemmed from a 9-11 call and subsequent investigation in which MENSAH's housemate informed LAPD officers that MENSAH had demanded that she have sex with him, and threatened to kill her if she did not.

### F. MENSAH's Phone Contains Communications Regarding the March 5 Drug Shipment

22. On October 23, 2023, MENSAH was charged in a federal complaint for being a felon in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g). See Case No. 2:23-mj-05457. After MENSAH initially fled from law enforcement officers attempting to execute an arrest warrant, resulting in a multi-day manhunt, law enforcement officers ultimately located and arrested MENSAH on October 26, 2023.

23. At the time of MENSAH's arrest, law enforcement agents seized MENSAH's phone, a black Apple iPhone.[6] A subsequent search of that phone revealed communications with other co-conspirators regarding the March 5 Drug Shipment, including the following:

    a. On February 22, 2023, MENSAH texted a co-conspirator ("Co-Conspirator 1") instructions to "fly [to] Vegas," "[g]et Box truck," and "[p]ick up the materials at Chris and bring back," and offered "$1250 for the job." Co-Conspirator 1 agreed, stating "[a]ight." MENSAH then stated "I'll send $500 for ticket and truck deposit," and that "[w]e will discuss per pound rate on late upon your return."

    b. On February 26, 2023, MENSAH texted a co-conspirator ("Co-Conspirator 2") instructions to "[s]ign up with this company called" "Dhl," and then sent Co-Conspirator 2 a screenshot from DHL's website. Co-Conspirator 2 responded by

---

[6] Text messages and photographs obtained from this phone confirmed that the phone that law enforcement seized from MENSAH's person at the time of his arrest was, in fact, MENSAH's phone.

11

stating "Issue will be no acct. So no discounts. And pay up front" "Probably be 20k for that w no discount."

   c. On February 28, 2023, Co-Conspirator 2 texted MENSAH stating "We in the window of time so gotta get on." The next day, MENSAH responded with a link to his Threema account. Threema is an encrypted messaging application that uses end-to-end encryption, and does not preserve, but automatically deletes, messages. Based on my training and experience, Threema is a service that does not require the user to link an email address, phone number, or any personal identifying information to the account, making it a completely anonymous messaging service. Drug traffickers use encrypted messaging applications such as Threema to remain anonymous and protect their messages from being viewed by third parties, such as law enforcement. Based on my training and experience, a drug trafficker would likely send a link to an encrypted messaging application to a co-conspirator in order to discuss illegal activity in a secure setting. Drug traffickers are aware that applications like Threema make it easier to evade law enforcement.

  **G.** **MENSAH's Phone Contains Additional Communications Regarding a Shipment of "Ice" and "Bricks" to Australia**

 24. The search of MENSAH's phone also revealed communications with a co-conspirator regarding a later shipment of suspected narcotics to Australia, including the following:

   a. In a series of text messages with a co-conspirator sent between May 22, 2023 and May 31, 2023, MENSAH and the co-conspirator ("Co-Conspirator 3") discussed a shipment

of multiple "bricks" of "white" and 15 kilograms of "eye" and "ice" to Australia.  Based on my training and experience, I understand "bricks" of "white" to refer to kilogram quantities of cocaine, and "eye" and "ice" to refer to methamphetamine.

   b.   Among other messages, on May 25, 2023, Co-Conspirator 3 texted MENSAH stating "[b]ro we organized all" "[s]o ill pass you address 12:00 noon time" "Australian time." MENSAH responded "dropping 1 bric and 15" and asked "Your car info??"  Co-Conspirator 3 later confirmed "[y]ou have total 15 kg eye [a]nd our friend told me you have 4 bricks also of white," and said "In one hour we will have all for pick up."

   c.   On May 28, 2023, Co-Conspirator 3 asked MENSAH to "[p]lease send me photo of the ice and brick with today newspaper" "[b]ecause guys wants to be sure that we have what we are offering."  MENSAH responded by sending a video of a large, sealed cardboard shipping box.

   d.   Later in the day on May 28, 2023, MENSAH asked Co-Conspirator 3 "[y]ou want me to open box??" "[o]nly on face time" "[p]eriod" "[l]ive."  Co-Conspirator 3 responded by asking "[c]an you buy today newspaper" "[a]nd we can make video call" "[o]n trema"[7] "[a]nd i will record it" "[a]s a profd."  MENSAH responded by stating "[t]hen I want proof of funds."

   e.   On May 31, 2023, MENSAH texted Co-Conspirator 3 asking "[w]hy would I be asked to provide evidence THat [sic] clearly if in wrong hands would fuck me; thusly [missing word?]

---

[7] Based on my training and experience, I understand this to be a reference to Threema, the encrypted messaging application discussed above.

13

requested Pof / proof of funds." MENSAH further stated "I'm here to finish the business, but with the real player … not his prion." When Co-Conspirator 3 responded by asking "[w]hat is total quantity you have," MENSAH stated "15" "[p]lus 3 brick."

### H. MENSAH's Phone Contains a Photograph of Methamphetamine and a Video of a Shipping Crate Consistent with the March 5 Drug Shipment

25. The search of MENSAH's phone further revealed a video, dated March 20, 2023, of a large wooden shipping crate being loaded from the garage in front of the Jumilla Avenue Residence onto a large, flat-bed shipping truck. The wooden crate in this video is consistent with the wooden crate containing the March 5 Drug Shipment, albeit considerably longer.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

26. That search also revealed a photograph, dated July 27, 2023, of three Ziplock bags containing substances that appear consistent with methamphetamine.



## CONCLUSION

27. For all of the reasons described above, there is probable cause to believe that MENSAH has committed a violation of 21 U.S.C. § 846, Conspiracy to Distribute Methamphetamine.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 8th day of
December 2023.

*Patricia Donahue*
_____
HONORABLE PATRICIA A. DONAHUE
UNITED STATES MAGISTRATE JUDGE